*Joy K. Fausey*, deputy assistant state's attorney, in opposition.

Decided April 18, 2001

## STATE OF CONNECTICUT *v.* TYREESE BOWENS

The defendant's petition for certification for appeal from the Appellate Court, 62 Conn. App. 148 (AC 19070), is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Robert G. Golger,* special public defender, in support of the petition.

*Joy K. Fausey,* deputy assistant state's attorney, in opposition.

Decided April 18, 2001